IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARIA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-350 |
| | § | |
| ALBERTSONS LLC, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Randalls Food and Drugs, LP d/b/a Tom Thumb[1] ("Randalls") provides the following information:

1. Safeway Inc. is the indirect parent of Randall's Food and Drugs, LP, d/b/a Tom Thumb. Safeway Inc. is incorporated in Delaware, with its principal place of business in Pleasanton, California. Safeway Inc. is a subsidiary of Albertsons Companies, Inc., a Delaware corporation, with its principal place of business in Boise, Idaho.

2. The following list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

    a. Maria Johnson, Plaintiff;

    b. Matthew R. Scott, Brittany L. Thompson, Jamie J. Gilmore, and Scott Gilmore Thompson PLLC, Counsel for Plaintiff;

    c. Randalls Food and Drugs, LP d/b/a Tom Thumb, Defendant;

---

[1] Plaintiff incorrectly names Albertsons LLC as Defendant and Plaintiff's employing entity. At all times relevant to this lawsuit, Randalls Food and Drugs, LP d/b/a Tom Thumb was Plaintiff's employer and should be the sole named Defendant, and not Albertsons LLC.

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS - Page 1**

      d. Sherry L. Travers and Anna C. Bookout, Littler Mendelson, P.C., Counsel for Defendant.

Dated:  July 3, 2025                                Respectfully submitted,

                                                          */s/ Sherry L. Travers*
                                                          Sherry L. Travers
                                                          Texas Bar No. 00793097
                                                          stravers@littler.com
                                                          Anna C. Bookout
                                                          Texas Bar No. 24143858
                                                          abookout@littler.com
                                                          LITTLER MENDELSON, P.C.
                                                          2001 Ross Avenue, Suite 1500
                                                          Dallas, Texas 75201.2931
                                                          Telephone:    214.880.8100
                                                          Facsimile:    214.880.0181

                                                          **ATTORNEYS FOR DEFENDANT**
                                                          **ALBERTSONS LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2025, a copy of the foregoing document has been electronically filed with the Court, and served on the following by CM/ECF:

Jamie J. Gilmore
Brittney L. Thompson
Matthew R. Scott
Scott Gilmore Thompson PLLC
Founders Square
900 Jackson Street, Suite 550
Dallas, Texas 75202
jamie@sgtlawgroup.com
brittney@sgtlawgroup.com
matt@sgtlawgroup.com

*Attorneys for Plaintiff*

                                                          */s/ Sherry L. Travers*
                                                           Sherry L. Travers
                                                           Anna Bookout